IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **AUDRA F. MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.-STA |
| ) | |
| **CARRINGTON MORTGAGE SERVICES,** ) | |
| **CARRINGTON MORTGAGE LOAN TRUST;** ) | |
| **DEUTSCHE BANK NATIONAL TRUST;** ) | |
| **NEW CENTURY MORTGAGE** ) | |
| **CORPORATION; WASHINGTON MUTUAL,** ) | |
| **INC.; HOMESIDE LENDING, INC.;** ) | |
| **AMERIFIRST MORTGAGE; BENEFICIAL** ) | |
| **TENNESSEE, INC.; FORECLOSURE** ) | |
| **MANAGEMENT COMPANY; and DOES 1-20,** ) | |
| ) | |
| **Defendants.** ) | |

---

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

---

Before the Court is the United States Magistrate Judge' Report and Recommendation that Defendant's Motion Motion to Dismiss be granted (D.E. # 11) filed on May 10, 2013. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due on or before May 24, 2013. Neither party has filed objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report. Defendant's Motion to Dismiss is **GRANTED**.

       **IT IS SO ORDERED.**

        **s/ S. Thomas Anderson**
        S. THOMAS ANDERSON
        UNITED STATES DISTRICT JUDGE

Date: June 6, 2013